ROUND, Respondent, v. NIAGARA FALLS POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Enoch Round against the Niagara Falls Power Company. No opinion. Motion for leave to appeal to Court of Appeals (from 134 N. Y. Supp. 1144) denied, with $10 costs.

R. P. & J. H. STAATS, Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department, March 29, 1912.) Action by R. P. & J. H. Staats against the City of New York. T. Farley, for appellant. J. T. Mahoney, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

RUBSAMEN et al., Respondents, v. SCHULTZ et al., Appellants. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Orla Rubsamen and others against Carl R. Schultz and others. D. Gerber, for appellants. J. W. Griggs, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RUSSO–CHINESE BANK, Respondent, v. DICK et al., Appellants. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by the Russo-Chinese Bank against Evans R. Dick and others. G. S. Graham, for appellants. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 App. Div. 933, 128 N. Y. Supp. 1144.

RYAN, Respondent, v. GRAHAM, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Katherine Ryan against Gordon T. Graham. No opinion. Judgment and order affirmed, with costs.

SALOMON et al., Appellants, v. DOLGOFF, Respondent. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by Siegfried Salomon and others against James L. Dolgoff. W. O. Campbell, for appellants. M. Slade, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SCANLIN et al., Respondents, v. GIBSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by David Scanlin and another against Amelia C. Gibson.

PER CURIAM. Judgment affirmed, without costs.

ROBSON, J., dissents.

SCHEIER, Appellant, v. HUDSON STRUCTURAL STEEL CO., Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action by John Scheier against the Hudson Structural Steel Company. C. J. Earley, for appellant. J. B. Henney, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SCHLICHT, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Lena Schlicht against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

SCHOENIJAHN v. SPADER et al. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Action by Herman Schoenijahn against Clarence W. Spader and others. No opinion. Order affirmed, with $10 costs and disbursements.

SCHWEIGER, Appellant, v. BLOCK, Respondent. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Max Schweiger against Emanuel M. Block. O. A. Samuels, for appellant. C. U. Carruth, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SEGERITZ v. GRAND LODGE A. O. U. W. OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Anna Segeritz against the Grand Lodge Ancient Order of United Workmen of the State of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 133 N. Y. Supp. 1143.

SEVENTEENTH STREET REALTY CO., Appellant, v. AUSLANDER, Respondent. (Supreme Court, Appellate Division, First Department. March 22, 1912.) Action brought by the Seventeenth Street Realty Company against Jacob Auslander. S. Bernstein, for appellant. S. B. Lilienstern, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SEXTON v. GOLDSTEIN. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Caroline D. Sexton against Albano Goldstein. No opinion. Motion denied. Order filed. See, also, infra.

SEXTON, Respondent, v. GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by Caroline B. Sexton against Albina Goldstein, individually, etc. S. Fruchthandler, for appellant. W. C. Runyon, for respondent. No opinion. Judgment and order affirmed with costs. Order filed. See, also, supra.